```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| EVERLINA LAURICE HARP, | : CIVIL ACTION |
| | : NO. 12-02401 |
| Plaintiff, | : |
| v. | : |
| LAURICE EL BAHDRY RAHME, et al., | : |
| Defendants. | : |

### **O R D E R**

**AND NOW**, this **25th** day of **November, 2013,** for the reasons set for in the accompanying memorandum, the following is **hereby ORDERED:**

(1) Defendants' Motion for Summary Judgment (ECF No. 83) is **GRANTED;**

(2) Plaintiff's "Motion to Dismiss Counterclaim" (ECF No. 87), which the Court construes as a Cross-Motion for Summary Judgment, is **DENIED;**

(3) The Clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**