IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERLINA LAURICE HARP, | CIVIL ACTION |
| Plaintiff, | NO. 12-2401 |
| v. | |
| MICHAEL BRIZEL, ET AL. | |
| Defendants. | |

FILED
NOV 26 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## J U D G M E N T

**AND NOW**, this **25th** day of **November, 2013**, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff on all counts of the amended complaint (ECF No. 36).

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.